UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GREEN, et al.,<br><br>        Defendants. | CASE NO. 1:21-cv-01222-AWI-SAB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PAY $402.00 FILING FEE WITHIN THIRTY DAYS**<br><br>(Doc. Nos. 2 & 8) |

Plaintiff Julian Sanchez is proceeding pro se in this civil rights action under 42 U.S.C. § 1983.

On August 17, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion to proceed in forma pauperis be denied and Plaintiff be ordered to pay the $402.00 filing fee. Doc. No. 8. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Id. at 3. Plaintiff did not file objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 8) issued on August 17, 2021, are ADOPTED in full;
2. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is DENIED;
3. Plaintiff is directed to pay the $402.00 filing fee within thirty days from the date of service of this order; and
4. Failure to comply with this order will result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   September 10, 2021

SENIOR DISTRICT JUDGE

2