1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   JULIAN SANCHEZ,                          )   Case No. 1:21-cv-01222-AWI-SAB (PC)
                                              )
12              Plaintiff,                    )
                                              )
13        v.                                  )   **ORDER DISMISSING ACTION FOR**
                                              )   **FAILURE TO PAY THE FILING FEE**
14   GREEN, et al.,                           )
                                              )   **(Doc. No. 9)**
15              Defendants.                   )
                                              )
16   _____         )

17

18        Plaintiff Julian Sanchez is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. §

19   1983.

20        On September 10, 2021, the Court issued an order denying Plaintiff's motion to proceed in

21   forma pauperis and directing Plaintiff to pay the filing fee within thirty days.  (Doc. No. 9.)  The Court

22   cautioned Plaintiff that "[f]ailure to comply with this order will result in dismissal of this action

23   without further notice."  Id. at 2.  Although more than the allowed time has passed, Plaintiff has failed

24   to pay the filing fee.

25   ///

26   ///

27   ///

28   ///

                                                      1

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1.    This action is dismissed without prejudice for Plaintiff's failure to pay the filing fee;
      and

2.    The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   October 19, 2021      _____

                                      SENIOR  DISTRICT  JUDGE